IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREN EADES, | : | |
|    Plaintiff | : | No. 1:19-cv-512 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| JOHN WETZEL, et al., | : | |
|    Defendants | : | |

# ORDER

**AND NOW**, on this 16th day of August 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the caption of this matter to reflect that the correct spelling of Defendants Dribelbris and Jadlocks' last names is Dreibelbis and Jadlocki, respectively;

2. Defendants' motion to dismiss (Doc. No. 14) is **DENIED WITHOUT PREJUDICE**; and

3. Defendants may file, within thirty (30) days of the date of this Order, a renewed motion to dismiss addressing whether Plaintiff has stated plausible claims for relief under 42 U.S.C. § 1983 and the FCRA. If Defendants chose not to file a renewed motion to dismiss, they must file their answer to Plaintiff's complaint (Doc. No. 1) within thirty (30) days of the date of this Order.

                                                                      s/ Yvette Kane
                                                                      Yvette Kane, District Judge
                                                                      United States District Court
                                                                      Middle District of Pennsylvania