## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARREN EADES,** | : | |
| **Plaintiff** | : | **No. 1:19-cv-512** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **JOHN WETZEL, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 22nd day of November 2019, in accordance with the

Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' second motion to dismiss (Doc. No. 21) is **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania